No. 86–1376. A. G. BECKER INC. *v.* FIRST BISCAYNE CORP. ET AL. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Shearson/American Express Inc.* v. *McMahon, ante,* p. 220.

No. 86–5842. WILKERSON *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Miller* v. *Florida, ante,* p. 423.

No. 86–6360. PATTERSON *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Miller* v. *Florida, ante,* p. 423.

No. 86–6422. ABBOTT *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Miller* v. *Florida, ante,* p. 423.

No. A–835 (86–1947). QUALITY ALUMINUM PRODUCTS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.